### (May 6, 1948.)

MONICA SANTAMOUR, an Infant, by JOHN SANTAMOUR, Her Guardian ad Litem, Respondent, v. ROBERT E. MORSE et al., Defendants, and ERNEST J. BERNIER, Appellant. JOHN SANTAMOUR, Respondent, v. ROBERT E. MORSE et al., Defendants, and ERNEST J. BERNIER, Appellant.— Appeal from an order denying appellant's motion to change the place of trial for convenience of witnesses. Order unanimously affirmed, with $10 costs and disbursements. Present — Hill, P. J., Heffernan, Brewster, Foster and Russell, JJ.

### (May 12, 1948.)

THERON HALL, as Administrator of the Estate of JEAN HALL, Deceased, Respondent, v. SOCONY-VACUUM OIL COMPANY, INC., et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Hill, P. J., Heffernan, Brewster, Russell and Deyo, JJ. [See ante, p. 926.]

In the Matter of the Claim of MARY B. URBAN, Respondent, against NOLAN MACHINERY COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— This is an appeal by employer and its insurance carrier from an award of death benefits in favor of the widow and minor children of John Urban. The only questions involved are causal relationship and dependency of a stepson. The board found that on May 22, 1944, the deceased was injured in the course of his employment and as a result sustained an inguinal hernia which later caused him to suffer from a pulmonary embolism which subsequently caused his death. The board also found that a stepson of the decedent was dependent upon him for support. The evidence sustains the findings of the board. Award unanimously affirmed, with costs to the Workmen's Compensation Board. Present — Hill, P. J., Heffernan, Brewster, Russell and Deyo, JJ.